FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:25 MJ-779 |
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Shannon Lewis, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Arizona for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)    ~~information in the Pretrial Services Report and Recommendation~~ recommendation of U.S. Probation + Pretrial Services

(X)    information in the violation petition and report(s)

(X)    the defendant's nonobjection to detention at this time

( )    other: _____

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) ~~information in the Pretrial Services Report and Recommendation~~ recommendation of U.S. Probation + Pretrial

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: _____


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 18, 2025

_____
SHERI PYM
United States Magistrate Judge

2